UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR-ALTONAGA

CASE NO. 18-20535 /GOODMAN

IN RE SEALED INDICTMENT
_____/

FILED by ___ D.C.
JUN 21 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or further order of the Court, excepting the United States Attorney's Office which may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of any other necessary cause, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Indictment become public. Should further information be required, the United States is prepared to respond *in camera*.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
Drew Bradylyons
Trial Attorney
Court ID No. A2202242
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York, Avenue N.W.
Washington, DC 20530
Telephone (202) 768-3130
email:  Drew.Bradylyons@usdoj.gov