UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20535**

**CR-ALTONAGA/GOODMAN**

IN RE SEALED INDICTMENT
_____/

FILED by _____ D.C.
JUN 21 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrant, and this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrant, and this Order shall be filed under seal until the arrest of the defendant or further order of the Court, however, the United States Attorney's Office may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 21 day of June, 2018.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc:   Drew Bradylyons, DOJ Trial Attorney