**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20535-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

  Plaintiff,

vs.

**JULIETTE ANAIS TAMAYO**,

  Defendant.

_____/

**SEALED NOTICE PLACING DEFENDANT IN FUGITIVE STATUS**

  It appearing that the above-named Defendant is a fugitive from justice, the Clerk is directed to remove this case from the Court's Pending Case List and place this case on the Clerk's Fugitive Case List.

DATED:  June 28, 2018

               STEVEN LARIMORE, CLERK OF COURT


            By:  /s/ Patricia Snead
                 Deputy Clerk