UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20535-CR-ALTONAGA

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Juliette Anais Tamayo,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 6/28/18

Patrick A. White
**UNITED STATES MAGISTRATE JUDGE**