FILED by [signature] D.C.
AUG 27 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

August 24, 2018

Honorable Judge Cecilia M. Altonaga
400 North Miami Avenue
Room 12-2
Miami, Florida 33128

Re: Juliette Anais Tamayo
Case Number: 18-20535 Cr Altonaga

Honorable Judge Altonaga:

It is with regret that I am informing you that I had a fallout with Mr. McMillan who until today was my attorney. This decision has not been made in haste, but rather in a well thought out process. In deciding to let go of Mr. McMillan the following facts have stood out:
I have had many disagreements with Mr. McMillan that had impacted in my defense as well as disagreements with case issues. Also, I have a lack of confidence in his ability to defend me that has been exacerbated in the last two weeks. The attorney and I have had long conversations about the case that have only resulted in misunderstandings and conflicts. In addition, in my view he has never believed me, or in my exculpatory evidence, or in my innocence.

I respectfully request from your honor the opportunity to seek an attorney to represent me in my case. Thank you

[signature]

Juliette Anais Tamayo
31 S.E. 5 Street, Apt# 807
Miami, Florida 33131

This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

EM093380866US

NATIONAL USE

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code 33131 | Scheduled Delivery Date (MM/DD/YY) | Postage $ 21.70 | |
| Date Accepted (MM/DD/YY) 8/28/18 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 21.70 | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 3-ADDRESSEE COPY

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY
★ MAIL ★
EXPRESS™

GUARANTEED*
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

PS10001000006

EP13F July 2013
OD: 12.5 x 9.5

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For international shipments, the maximum weight is 4 lbs.