UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cr-20535
JUDGE: CECILIA M. ALTONAGA

UNITED STATES OF AMERICA       :

v.                              :

JULIETTE ANAIS TAMAYO,         :

    Defendant.                    /

## NOTICE

LARRY T. MCMILLAN, counsel of record in the above-styled cause, hereby certifies a copy the *Order granting Motion to Withdraw* [DE 37] was delivered on August 28, 2018 to Juliette A. Tamayo at professionalgroup@hotmail.com and mailed to 31 S.E. 5th Street, Apt. 807, Miami, FL 33131.

## CERTIFICATE OF SERVICE

I CERTIFY that foregoing has been served electronically to Adam G. Yoffie of the U.S. Department of Justice via adam.yoffie@usdoj.gov and Juliette A. Tamayo via professionalgroup@hotmail.com on August 28, 2018.

DONET, MCMILLAN & TRONTZ, P.A.

/s/ LARRY T. MCMILLAN
LARRY T. MCMILLAN, ESQ.
FLORIDA BAR NO.: 998745

DONET, MCMILLAN & TRONTZ, P.A., ATTORNEYS AT LAW
SUITE 406, CONTINENTAL PLAZA, 3250 MARY STREET COCONUT GROVE FLORIDA 33133
•PHONE 305-444-0030•FAX 305-444-0039 •INTERNET WWW.DMT-LAW.COM