UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20535-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JULIETTE ANAIS TAMAYO**,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on the Defendant's Motion for Continuance of Trial [ECF No. 57]. Defendant has secured several continuances of the trial date, and is now represented by her fourth attorney. She tries not only the patience of the Government, as is evident from the tone and content of the Government's "Motion in Opposition to Defense Counsel's Motion to Continue Trial" [ECF No. 59], but the patience of the Court as well. Nevertheless, the Court declines the Government's invitation to create an appellate issue regarding a defendant's right to counsel of her choice, or an ineffective assistance-of-counsel-claim directed at now-discharged CJA counsel, by denying this latest Motion. Consequently, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, November 14, 2018, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

    1.    All pre-trial motions and motions *in limine* must be filed by **January 11, 2019**.

CASE NO. 18-20535-CR-ALTONAGA

Each party is limited to filing one motion *in limine*, and Defendant is limited to filing one motion to suppress evidence. The parties may seek leave to exceed the page limits for motions.

2. The deadline for the tendering of a guilty plea is **January 25, 2019**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, February 26, 2019 at 9:00 a.m.** The case is set for **Jury Trial** during the two-week trial period that begins **March 4, 2019**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2018.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record